UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SARAH LIGHTCAP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:19-CV-00226-GAF |
| TEXAS ROADHOUSE, INC., and | § | |
| TEXAS ROADHOUSE DELAWARE, LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sarah Lightcap hereby files this Notice of Dismissal without prejudice. Plaintiff has not previously filed and sought dismissal of her claims against Defendants Texas Roadhouse, Inc. and Texas Roadhouse Delaware, LLC and thus, this dismissal is without prejudice. This notice is being filed voluntarily by Plaintiff Lightcap prior to Defendants Texas Roadhouse, Inc. and Texas Roadhouse Delaware, LLC filing an answer or summary judgment.

Dated: March 28, 2019

    Respectfully submitted,

    **LANGDON & EMISON LLC**
    By: /s/ Brett Emison
    Brett Emison, MO Bar #52072
    Langdon & Emison LLC
    911 Main Street, P.O. Box 220
    Lexington, MO 64067

1

Telephone: (660) 259-6175
Telefax: (660) 259-4571
brett@lelaw.com
**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2019, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email address of all counsel of record in this action.

By: /s/ Brett Emison
Brett Emison